## 29425. ELLIS v. HOPPER.

The trial court did not err in remanding the appellant to custody.

*Judgment affirmed. All the Justices concur. Hill, J., not participating.*

DECIDED JANUARY 7, 1975.

James Ray Ellis, *pro se.*
*Arthur K. Bolton, Attorney General,* for appellee.

*Judgment affirmed. All the Justices concur. Hill, J., not participating.*